AO 458 (Rev. 10-95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF              NEW YORK

**APPEARANCE**

CENTURY INDEMNITY COMPANY, ET AL

v.

Case Number: 1:07-CV-10713-LLS

ROYAL INSURANCE COMPANY OF AMERICA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROYAL INSURANCE COMPANY OF AMERICA

I certify that I am admitted to practice in this court.

12/20/2007
Date                                          Signature

                                              Alfred W.J. Marks          AM6272
                                              Print Name                 Bar Number

                                              Day Pitney LLP, 7 Times Square
                                              Address

                                              New York           NY      10036-7311
                                              City               State   Zip Code

                                              212-297-2445       212-916-2940
                                              Phone Number       Fax Number

Document18
December 20, 2007 4:51 PM