UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, successor to Insurance Company of North America; ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA Property & Casualty Insurance Company) on behalf of Central National Insurance Company of Omaha, but only as respects policies issued by it through Cravens, Dargan & Company, Pacific Coast; and WESTCHESTER FIRE INSURANCE COMPANY (i) on behalf of TIG Insurance Company, as successor to International Insurance Company, and (ii) with respect to certain policies allegedly issued by U.S. Fire Insurance Company,<br><br>            Plaintiffs,<br>vs.<br><br>ROYAL INSURANCE COMPANY OF AMERICA as successor in interest to Phoenix Assurance Company of New York,<br><br>            Defendant. | CIVIL ACTION NO.<br><br>1:07-CV-10713-LLS |

### DEFENDANT ROYAL INSURANCE COMPANY OF AMERICA'S MOTION UPON CONSENT TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

Defendant Royal Insurance Company of America ("Royal") hereby moves the Court to extend the time to answer, move or otherwise respond to the Complaint through and including January 21, 2008. Plaintiffs Century Indemnity Company, ACE Property & Casualty Insurance Company and Westchester Fire Insurance Company have consented to such an extension. Unfortunately, logistical constraints prevent the filing of a stipulation to the extension of time prior to the original answer deadline. We plan to file such a stipulation as soon as the requisite signatures can be obtained. We represent that: 1) the original date by which Royal was to

41831046.1

answer, move or otherwise respond to the Complaint is December 20, 2007; 2) Royal recently retained Day Pitney LLP; and 3) this is the first request for an extension of time in this case.

Dated at Hartford, CT:  December 20, 2007.

By   /s/Alfred W. J. Marks
       Alfred W. J. Marks (AM6272)

DAY PITNEY LLP
7 Times Square
New York, NY 10036
E-mail: amarks@daypitney.com
Telephone (212) 297-5800
Fax (212) 916-2940

Attorneys for Defendant