

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, successor to Insurance Company of North America; ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA Property & Casualty Insurance Company) on behalf of Central National Insurance Company of Omaha, but only as respects policies issued by it through Cravens, Dargan & Company, Pacific Coast; and WESTCHESTER FIRE INSURANCE COMPANY (i) on behalf of TIG Insurance Company, as successor to International Insurance Company, and (ii) with respect to certain policies allegedly issued by U.S. Fire Insurance Company, | CIVIL ACTION NO. 1:07-CV-10713-LLS |
| Plaintiffs, | |
| vs. | |
| ROYAL INSURANCE COMPANY OF AMERICA as successor in interest to Phoenix Assurance Company of New York, | |
| Defendant. | |

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between Plaintiffs Century Indemnity Company, ACE Property & Casualty Insurance Company and Westchester Fire Insurance Company and Defendant Royal Insurance Company of America ("Royal"), through their undersigned attorneys, that the time for Royal to answer, move or otherwise respond to the Complaint shall be extended through and including January 21, 2008. The original date by which Royal was to answer, move or otherwise respond to the Complaint was December 20, 2007. No extensions of time were previously requested or granted.

Dated: December 20, 2007

By _____
Frank M. Esposito (FE2558)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Email fesposito@crowell.com
Telephone (212) 223-4000
Fax (212) 223-4134

- and –

William C. O'Neill
Jennifer R. Devery
Lori T. Hildebrand
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone (202) 624-2500
Fax (202) 628-5116

Attorneys for Plaintiffs

By _____
Daniel L. FitzMaurice (DF6096)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Email dlfitzmaurice@daypitney.com
Telephone (860) 275-0100
Fax (860) 275-0343

Attorneys for Defendant

So Ordered this 7th day of January, 2008

_____
Louis L. Stanton
Judge

-2-