Daniel L. FitzMaurice (DF-6096)
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
Telephone:     (860) 275-0100
 Facsimile:     (860) 275-0343
dlfitzmaurice@daypitney.com

Attorneys for Defendant, Arrowood Indemnity Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
CENTURY INDEMNITY COMPANY, et al.         Civil Action

                                          Plaintiffs,        No. 1:07-CV-10713 (LLS/GWG)

                -against-                                    ECF Case


ROYAL INSURANCE COMPANY OF AMERICA,

                                          Defendant.
----------------------------------------------------------------x


**APPEARANCE**

Please enter my appearance as counsel in this case for ROYAL INSURANCE

COMPANY OF AMERICA.  I certify that I am admitted to practice in this court.



Dated: Hartford, Connecticut
       January 18, 2008

       Respectfully submitted,

       DAY PITNEY LLP

       By:     /s/Daniel L. FitzMaurice
                Daniel L. FitzMaurice (DF-6096)

       242 Trumbull Street
       Hartford, Connecticut 06103-1212
       Telephone:   (860) 275-0100
       Facsimile:    (860) 275-0343

       Attorneys for Defendant,
       Arrowood Indemnity Company

## **CERTIFICATION**

I hereby certify that on January 18, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically this date to:

Frank M. Esposito (FE2558)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
E-mail: fesposito@crowell.com
Telephone (212) 223-4000
Fax (212) 223-4134

       _____
       Daniel L. FitzMaurice (DF-6096)