Daniel L. FitzMaurice (DF-6096)
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
Telephone:   (860) 275-0100
 Facsimile:    (860) 275-0343
dlfitzmaurice@daypitney.com

Attorneys for Defendant, Arrowood Indemnity Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, et al. | Civil Action |
| Plaintiffs, | No. 1:07-CV-10713 (LLS/GWG) |
| -against- | ECF Case |
| ROYAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

---------------------------------------------------------------x

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Arrowood Indemnity Company, successor in interest to Royal Insurance Company of America, hereby submits its corporate disclosure statement.

Arrowood Indemnity Company is a wholly (100%) owned subsidiary of Arrowpoint Group, Inc., which in turn is a wholly (100%) owned subsidiary of Arrowpoint Capital Corp.  No publicly held corporation owns 10% or more of Arrowood Indemnity Company's stock.

Dated: Hartford, Connecticut
January 21, 2008

                                          Respectfully submitted,

                                          DAY PITNEY LLP

                                          By:     /s/ Daniel L. FitzMaurice
                                                     Daniel L. FitzMaurice (DF-6096)

                                                     242 Trumbull Street
                                                     Hartford, Connecticut 06103-1212
                                                     Telephone:   (860) 275-0100
                                                     Facsimile:    (860) 275-0343

                                                   Attorneys for Defendant,
                                                   Arrowood Indemnity Company

**CERTIFICATION**

I hereby certify that on January 21, 2008, a copy of Defendant's Rule 7.1 Corporate Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically this date to:

    Frank M. Esposito (FE-2558)
    CROWELL & MORING LLP
    153 East 53rd Street, 31st Floor
    New York, NY 10022
    E-mail: fesposito@crowell.com
    Telephone (212) 223-4000
    Fax (212) 223-4134

                                    /s/ Daniel L. FitzMaurice
                                    Daniel L. FitzMaurice (DF-6096)