Daniel L. FitzMaurice (DF-6096)
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
Telephone:    (860) 275-0100
 Facsimile:    (860) 275-0343
dlfitzmaurice@daypitney.com

Attorneys for Defendant, Arrowood Indemnity Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

CENTURY INDEMNITY COMPANY, et al.          Civil Action

                                    Plaintiffs,      No. 1:07-CV-10713 (LLS/GWG)

            -against-                                ECF Case


ROYAL INSURANCE COMPANY OF AMERICA,

                                    Defendant.
-------------------------------------------------------------x

**NOTICE OF DEFENDANT'S MOTION TO DISMISS, STRIKE**
**OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT**

**PLEASE TAKE NOTICE** that Defendant Arrowood Indemnity Company

("Arrowood"), as successor in interest to Royal Insurance Company of America, will move this

Court, before the Honorable Louis L. Stanton, at the United States Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the

Court for an order: (i) dismissing, striking or in the alternative requiring a more definite

statement of the first count of the plaintiffs' complaint pursuant to Rules 41(b), 12(f) and 12(e)

of the Federal Rules of Civil Procedure on the grounds that plaintiffs have failed to comply with

Rule 10(b) of the Federal Rules of Civil Procedure; and (ii) dismissing the second count of

plaintiffs' complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the

Declaratory Judgment Act because it is not justiciable, or is more properly adjudicated in the future.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the United States District Court for the Southern and Eastern Districts of New York, papers in opposition to this motion, if any, shall be served within ten business days after service of the moving papers, and reply papers, if any, shall be served within five business days after service of the answering papers.

Dated: Hartford, Connecticut
January 21, 2008

Respectfully submitted,

DAY PITNEY LLP

By:    /s/ Daniel L. FitzMaurice
Daniel L. FitzMaurice (DF-6096)

242 Trumbull Street
Hartford, Connecticut 06103-1212
Telephone:    (860) 275-0100
Facsimile:    (860) 275-0343

Attorneys for Defendant,
Arrowood Indemnity Company

## CERTIFICATION

I hereby certify that on January 21, 2008, a copy of the foregoing Notice Of Defendant's Motion To Dismiss, Strike Or In The Alternative For A More Definite Statement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' s CM/ECF System.

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically this date to:

     Frank M. Esposito (FE-2558)
     CROWELL & MORING LLP
     153 East 53rd Street, 31st Floor
     New York, NY 10022
     E-mail: fesposito@crowell.com
     Telephone (212) 223-4000
     Fax (212) 223-4134

                  /s/ Daniel L. FitzMaurice
                  Daniel L. FitzMaurice (DF-6096)