ORIG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
CENTURY INDEMNITY COMPANY, as successor    )
to CCI Insurance Company, successor to Insurance )
Company of North America; ACE PROPERTY &   )
CASUALTY INSURANCE COMPANY (f/k/a          )
CIGNA Property & Casualty Insurance Company) on )
behalf of Central National Insurance Company of )
Omaha, but only as respects policies issued by it )    No. 1:07 Civ. 10713 (LLS/GWG)
through Cravens, Dargan & Company, Pacific Coast; )
and WESTCHESTER FIRE INSURANCE             )
COMPANY (i) on behalf of TIG Insurance Company, )
as successor to International Insurance Company, and )  STIPULATION
(ii) with respect to certain policies allegedly issued by )
U.S. Fire Insurance Company,               )
                                           )
       Plaintiffs,                         )
                                           )
vs.                                        )
                                           )
ROYAL INSURANCE COMPANY OF AMERICA         )
as successor in interest to Phoenix Assurance Company )
of New York,                               )
                                           )
       Defendant.                          )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action that:

(1) the time for plaintiffs to respond to defendant's Motion To Dismiss, Strike, Or In The Alternative For A More Definitive Statement filed on January 21, 2008 in this action is hereby adjourned and extended from February 4, 2008 to and including March 5, 2008; and

(2) the status conference currently scheduled for February 29, 2008 is hereby

concomitantly adjourned until ~~a date after March 5, 2008, which date shall be determined by the Court~~ Friday March 7, 2008 at 12:30 PM. LLS

Dated: New York, New York
      January 25, 2008

| | |
|---|---|
| **CROWELL & MORING LLP** | **DAY PITNEY LLP** |
| By: _/s/_ Frank M. Esposito (FE2558) | By: _/s/_ Daniel L. FitzMaurice (DF6096) |
| 153 East 53rd Street, 31st Floor<br>New York, NY 10022<br>Telephone: (212) 223-4000<br>Facsimile: (212) 223 4134 | 242 Trumbull Street<br>Hartford, CT 06103-1212<br>Telephone: (860) 275 0100<br>Facsimile: (860) 275 0343 |
| - and - | *Attorneys for Defendant* |
| William C. O'Neill<br>Jennifer R. Devery<br>Margot L. Green<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 | |
| *Attorneys for Plaintiffs* | |

SO ORDERED this **28** day of January, 2008.

                                            _/s/ Louis L. Stanton_
                                            Hon. Louis L. Stanton
                                            U.S.D.J.