

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY INDEMNITY COMPANY, as successor )
to CCI Insurance Company, successor to Insurance )
Company of North America; ACE PROPERTY & )
CASUALTY INSURANCE COMPANY (f/k/a )
CIGNA Property & Casualty Insurance Company) on )
behalf of Central National Insurance Company of )
Omaha, but only as respects policies issued by it )
through Cravens, Dargan & Company, Pacific Coast; )
and WESTCHESTER FIRE INSURANCE )
COMPANY (i) on behalf of TIG Insurance Company, )
as successor to International Insurance Company, and )
(ii) with respect to certain policies allegedly issued by )
U.S. Fire Insurance Company, )
)
    Plaintiffs, )
)
vs. )
)
ROYAL INSURANCE COMPANY OF AMERICA )
as successor in interest to Phoenix Assurance Company )
of New York, )
)
    Defendant. )

No. 1:07 Civ. 10713 (LLS/GWG)

STIPULATION AND ORDER
DISMISSING THE
COMPLAINT WITHOUT
PREJUDICE PURSUANT TO
RULE 41 OF THE FEDERAL
RULES OF CIVIL
PROCEDURE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties hereto, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned case is dismissed, without prejudice and with each party to bear its own

costs, if any. It is further stipulated and agreed by and between the undersigned counsel for the parties that this dismissal shall not operate as an adjudication upon the merits.

| | |
|---|---|
| Crowell & Moring LLP<br>153 East 53rd Street, 31st Floor<br>New York, NY 10022<br>Tel: (212) 223 4000<br>Fax: (212) 223 4134<br><br>By: _/s/ Frank M. Esposito_<br>Frank M. Esposito (FE2558)<br><br>Attorneys for Plaintiffs | Day Pitney LLP<br>242 Trumball Street<br>Hartford, CT 06103<br>Tel: (860) 275 0100<br>Fax: (860) 275 0343<br><br>By: _/s/ Daniel L. FitzMaurice_<br>Daniel L. FitzMaurice (DF6096)<br><br>Attorneys for Defendant |

SO ORDERED:

_Louis L. Stanton_
Louis L. Stanton, U.S.D.J.

3/6/08